In The United States District Court
For the District of Delaware

Courtland C. Pitts
    plaintiff
  vs.
State of De., Ruth Ann Minner,
M. Jane Brady, Renee Hrivnak,
De. State Police, Lt. Col. L. Aaron
Chaffinch, Lt. Mark Daniels, Cpl.
Gregory Spence
    defendants

C.A. No. 05 - 185

Trial by Jury demanded

FILED
2005 MAR 25 PM 4:09
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Complaint

This action is brought pursuant to 42 U.S.C. § 1983 and 1985, for denial of Due Process Rights, Equal Protection under the law, wrongful arrest, malicious prosecution, illegal search & seizure, retaliation and other Civil and Human Rights violations.

(1) Plaintiff is a resident of the State of De., residing at 1401 Maryland Ave. Apt. A-12, Wilmington, De. 19805

(2) Defendant State of Delaware is the state government. Its agent for service of process is the Governor's Office, located at Tatnall Bldg. (Wm. Penn 2nd floor, Dover, Delaware, 19901)

(3) Defendant De. State Police is a dept. within the State gov. Its agent for service of process is the Superintendent of the State Police located at Del. State Police Headquarters at 1441 N. Dupont Hwy. Dover, De. 19901.

(4) Defendants M. Jane Brady and Renee Hrivnak are employees of the Dept. of Justice. Its agent for service is the Attorney General located at Carvel State Bldg. 820 N. French St. Wilmington, De. 19801. 8th flr.

pgs (1)

## Facts

On 4/3/03, I had taken my car back to Mitchum's Auto Body Shop, located in the Air Park Industrial Park, on Dupont Hwy. New Castle De, where i pd. the owner $1200.00 to fix and paint my car that was involved in a accident. When i pulled up the employee said here's the guy that accused us of stealing a radar detector out of his car. I said I am not here about that i came to complain because i wasn't satisfied with the job.

After showing the owner what was wrong, he said "you have to come back, i am leaving." I asked when? He said don't rush me or i won't do anything at all. I stated we don't have to go there, because i will sue you if i have to. The owner said motherfucker you going to sue me, and shoved me. I punched him in the face in response to him shoving me. We fought for about (5) minutes, when i knocked him down, his employee came running at me, hollering ("Get out of here motherfucker!) with a baseball bat in hand, and chased me all through the airpark. Approximately (70) yds. until i found a board, i picked it up for self defense, and walked backed to my car. Once there i got in my car got cell phone and called 911 (3) times. I noticed my car was damaged, i though the guy with the baseball bat had damaged my car, but a witness said the guy i was fighting jumped on top of it when the other guy chased me off with the bat.

Once the police arrived at the airpark, he rode around the wrong way, when i saw him i waved to him to let him know the problem was. When he saw me, i started walking to him. Cpl. Gregory Spence raised his hand and in a loud voice said, ("Get back, Get back") I stopped, he looked at me for a while, got on his police radio talked for about (2) minutes, got off, looked at me for about (2) minutes then got back on his radio again. I exercised my 1st amendment right to free speech and expression by saying "if i white you would be treating me different. I called (911) and your attitude and tone of voice wasn't necessary.

pg.(2)

Cpl. Gregory Spence jumped out of his car real fast, and i said," Oh, that second call isn't that important now." He asked what did i say? I said that you heard me! He then asked me, was i calling him a racist? and i said you are right! I told him that a racist is a bigot or someone who is prejudice with power, with the ability to effect the quality or outcome of someones life and abuses that authority at will. He walked up on me in a threatening, menacing manner, within (1) foot of me and told me to shut up. I told him that badge he wears, respect you earn.

We shouted at each other for a few minutes, he again said, "I mean for you to shut up, i said i have a right to voice my opinion of how i was being treated and i will continue to do so." He responded, "if you say another word i will handcuff you, put you in the back of my car and go talk to the other guys." I told him that's what he wanted to do anyway, because he didn't want to hear what i had to say and i turned around with hands behind my back and said if you want to cuff me, to do it, because when i am right i will go to hell and back.

He cuffed me and for about (20) minutes talked to the owner whom i was fighting and his employee who admitted chasing me with a baseball bat and told the officer that his employer told me to kiss his ass and eventually shoved me. When the other officer arrived they both ignored me and talked to the (2) alledge victims. A lady who witnessed the fight and me being chased with bat, the confrontation between me and Cpl. Spence, came to the police car and asked for my name saying that she wanted to help. I said to get the hell away from me, that i had to curse her and her friends out and she was only there because i hurt her feelings about watching everything and saying she didn't want to get involved. She said, "i know but i see the way the officer was acting, things weren't going to work out in my favor if she didn't say anything.

pg8 (3)

Both officers asked the woman was she my wife, she responded, "No, I never seen that man before in my life, that I am a witness." After identifying herself as a witness, neither officer asked her for a statement, but kept trying to get her to move along. She left and came back to police asking for my name to contact somebody on my behalf. I gave her my sisters name and phone no. and my name. I told her if she wanted to help me, watch the police while they searched my car, without probable cause, or search warrant, that I was afraid they would try to plant something, justifying their illegal search, but they found nothing, yet my car was towed and impounded.

I was erroneously and falsely arrested for criminal trespassing, aggravated menacing, (2) charges of terroristic threatening, assault 3rd and disorderly conduct. When I did nothing criminally wrong. I was bound over to Superior Court, the Grand Jury failed to return a indictment, the charges were nolle prosque on 4/29/03, but brought back up in Court of Common Pleas. I made calls and visited the Dept. of Justice to speak to the attorney after the charges were brought back, but she refused to speak with me or return my calls. I spoke with I.A. of the De. State Police to have an investigation into the actions and inactions, for failure to secure a statement from a witness, who could clear me. They found the officer did nothing wrong. I went to trial and was found not guilty. They said there was no wrong doing even when he didn't try secure a statement from a witness who eventually cleared me at trial.

### Legal Claims

1. Plaintiff was erroneously arrested and charged on search & travel.
2. Cpl. Spence inhibited plaintiffs freedom from the time I was detained in car up to the commencement of formal legal proceedings until I was acquitted at trial. He also withheld the name of a woman, who identified herself as a witness, went to Troop (2) to give a statement and wasn't allowed to make one. Her name and no. to be contacted and was never contacted until after the preliminary, and I threatened to claim to Internal affairs of the next interviews. (4)

3.) Plaintiff was maliciously prosecuted, causing infliction of emotional distress and such conduct occasions a deprivation of liberty without due process of law. And incurring legal expenses and lost time from work to attend hearings and trial.

4.) At all times mentioned herein the defendants were acting under color of the state law and the head of these depts had a duty to act, their failure to properly supervise or properly investigate was gross negligence.

5.) The defendants actions, inaction or negligence caused the harm complained of, because they acted in the absence of probable cause for such proceedings.

6.) The defendants actions inactions and or negligence was discriminatorily racially motivated, these discriminatory started on 4/3/03 and continued until I was acquitted.

7.) The state defendants acquiesced in Cpl. Spence's discriminatory actions or inactions by failure to properly investigate, to see if the charges were justified and failure to take corrective measures.

8.) The def Cpl. Spence collected and presented one sided evidence and presented it to the magistrate for the purpose of fabricating a case implicating plaintiff as the perpetrator.

9.) The def's failure to take a statement from someone at the scene after she identified herself as a witness amounts to gross negligence.

10.) def's inactions to even arrest and prosecute the 2nd allege victim even after he told Cpl. Spence and testified in court that he chased me with baseball bat trying to break up the fight, was discriminatory, denying me equal protection under the law & due process

11.) Def's retaliation of charges, because I asked for his badge # and his supervisor's name to make a complaint against him and his failure to even mention our argument in the police report or even mention someone who identified herself as a witness, shows he tried to cover up his real motives. Nor was a report prepared by the other officer present at the scene.

pg. (5)

12.) Plaintiff was deprived of his 1st, 4th and 14th amendment Rights without just cause, setting forth these claims of liability.

13.) The evidence which was ultimately used by the def's in the institution and continuation of criminal proceedings against plaintiff should have known to be unreliable, especially when the allege victims stories differed as to what happened. Other allege victim took the 5th at my trial

14.) The def's abuse of process to effect a arrest for an improper purpose was wrong while acting under color of state law.

15.) def's actions, inactions or negligence caused a deprivation of plaintiff's personal liberty and an intrusion into plaintiff's personal security and uninterrupted enjoyment of life without justification.

16.) At all times pertinent hereto def's Cpl. Spence and D.A.G. Renee Hrivnak was acting under color of state law, within the course and scope of their employment with the state and therefore the state defendants are responsible for the negligent actions and/or inactions of their employees under the doctrine of Respondeat Superior and vicarious liability

17.) Def's failure to use the standard of care a reasonable person would use in this situation, especially after the allege not #1 victim refused to testify for the prosecution, instead plead the fifth (5th) at trial, and hearing a recorded statement from the woman who identified herself as a witness, they still went on with the prosecution which amounts to deliberate indifference to my human and civil rights.

18.) The defendants are being sued individual and in their official capacity.

19.) The very defendants that swear under oath to serve & protect my rights as a US citizen and to make sure justice is done are the same ones who blantantly and maliciously violated them while carrying out their official duties under color of state law.

pgs (6)

Wherefore, plaintiff requests a declaratory judgment against defendants jointly, severally and individually. Compensatory and punitive damages in the amount of $25,000 each defendant and any other relief the court finds just and appropriate.

Respectfully

*Courtland C. Pitts*
COURTLAND C. PITTS
1401 Maryland Ave. Apt. A-12
Wilmington, Delaware.
19805

Dated: 3/28/05

pgs.
(7)

Affidavit

I, Courtland C. Pitts, depose and say:

(1) I am the plaintiff in this action.

(2) That i am disabled and have been since 5/28/03.

(3) That i receive disability benefits in the amount of $600.00 a month my only source of income.

(4) Because of my fixed income i am unable to pre-pay the cost of filing fees and to have the complaint served.

(5) I am unable to produce a response to my complaint from the Dept. of Justice because of their failure to talk to me upon visits to the office nor return my many calls. See documents, attached to complaint from De. State Police, Internal Affairs, docket sheet, notice of prosequi.

(6) That the statements are true and correct to the best of my recollection and knowledge.

Courtland C. Pitts
_____
Courtland C. Pitts
1401 Maryland Ave.
Apt. A-12
Wilmington, De.
19805

Dated: 3/28/05



# Delaware State Police
Internal Affairs Division
P.O. Box 430
Dover, Delaware 19903

October 14, 2003

Mr. Courtland C. Pitts
1401 S. Maryland Avenue Apt A-12
Wilmington DE 19805

Dear Mr. Pitts:

This letter is to acknowledge receipt of your complaint on September 29, 2003 against Corporal Gregory Spence of the Delaware State Police. The Internal Affairs Division will conduct an investigation into your allegations followed by a review before the Deputy Superintendent. At the conclusion of this process you will be notified by letter regarding the disposition of the investigation.

Any questions concerning this matter may be directed to me at 302-739-5990.

Sincerely,

Lieutenant Mark Daniels
Internal Affairs Division
Delaware State Police



# Delaware State Police
Internal Affairs Division
P.O. Box 430
Dover, Delaware 19903

October 28, 2003

Mr. Courtland C. Pitts
1401 S. Maryland Ave Apt A-12
Wilmington DE 19805

Dear Mr. Pitts:

This letter is in response to the complaint you lodged against Corporal Gregory Spence of the Delaware State Police for failing to give assistance and impartially administer the law.

The Internal Affairs Division has completed the investigation of your allegation and the result has been reviewed with the Deputy Superintendent.

Your allegation against Corporal Spence has been ruled as Unfounded. There will be no further action taken by this office.

Any questions concerning this matter may be directed to me at 302-739-5990.

Sincerely,

Lieutenant Mark Daniels
Internal Affairs Division
Delaware State Police

Closed 

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| THE STATE OF DELAWARE | ) | |
| VS. | ) | NOTICE OF NOLLE PROSEQUI |
| COURTLAND C. PITTS | ) | NC03004341<br>ID 0304002128 |
| DOB: 09-22-56 | | |

**A Nolle Prosequi is hereby entered on the charge(s) of:**

*Charges brought back up and tried in Court of Common Pleas*

| | |
|---|---|
| N03040547 | AGGR MENACING |
| N03040548 | TERROR THREAT |
| N03040549 | TERROR THREAT |
| N03040550 | ASSAULT 3RD |
| N03040551 | DISORD.COND |
| N03040552 | CRIM TRES 3RD |

FILED PROTHONOTARY 2003 APR 29 PM 4:37

against the above named defendant and the Prothonotary is requested to note the same on record.

REASON: ( 05) DISPOSITION OTHER COURT

DATED:   April 23, 2003

_____
FELONY SCREENING UNIT
DEPUTY ATTORNEY GENERAL

```
                   COURT OF COMMON PLEAS CRIMINAL DOCKET              Page     1
                            ( as of  09/26/2003 )

State of Delaware v.   COURTLAND C PITTS                   DOB: 09/22/1956
State's Atty: , Esq.                        AKA: CORTLAND C PITTS
Defense Atty: SAMUEL L GUY , Esq.                CORTLAND C PITTS
                                                 COURTALND C ROSS



Assigned Judge:

Charges:
Count      DUC#          Crim.Action#     Description         Dispo.      Dispo. Date
-----------------------------------------------------------------------------------
 001       0304002128    PN03  3135       AGGR MENACING       BOPC        04/08/2003
 002       0304002128    MN03040923       TERROR THREAT       BOPC        04/08/2003
 003       0304002128    MN03040924       TERROR THREAT       BOPC        04/08/2003
 004       0304002128    MN03040925       ASSAULT 3RD         BOPC        04/08/2003
 005       0304002128    MN03040926       DISORD.CONDUCT      BOPC        04/08/2003
 006       0304002128    MN03040927       CRIM TRES 3RD       BOPC        04/08/2003
 007       0304002128    MN03043705IF     MENACING            DISM        09/09/2003
 008       0304002128    MN03043706IF     ASSAULT 3RD         FNGL        09/09/2003
 009       0304002128    MN03043707IF     TERROR THREAT       DISM        09/09/2003
 010       0304002128    MN03043708IF     TERROR THREAT       FNGL        09/09/2003
 011       0304002128    MN03043709IF     CRIM TRES 3RD       NOLP        09/09/2003
 012       0304002128    MN03043710IF     DISORD.CONDUCT      FNGL        09/09/2003

        Event
No.     Date          Event                                         Judge
-----------------------------------------------------------------------------------
     04/04/2003
       CASE FILED ON 04/04/2003;  ARREST DATE 04/03/2003
       PRELIMINARY HEARING SCHEDULED FOR 04/08/2003
       UNSECURED BOND                         8,600.00
     04/08/2003
       PROBABLE CAUSE DETERMINED;  CASE BOUND OVER TO SUPERIOR COURT
     04/28/2003
       RULE 9 SUMMONS AND INFORMATION FILE BY AG ON 04/04/2003
       ARREST DATE 04/03/2003
     04/28/2003
       ARRAIGNMENT SCHEDULED FOR 06/16/2003 AT 01:30 PM
     06/06/2003
       MOTION TO WITHDRAW AS COUNSEL SCHEDULED ON 06/18/2003
     06/18/2003
       MOTION TO WITHDRAW AS COUNSEL WAS GRANTED ON 6/18/03
     06/23/2003
       DEFENDANT PLED NOT GUILTY AND DEMANDED JURY TRIAL.
     06/23/2003
       JURY TRIAL SCHEDULED FOR 09/09/2003 AT 08:30 AM
     09/23/2003
       DEFENDANT FOUND NOT GUILTY
```

```
                    COURT OF COMMON PLEAS CRIMINAL DOCKET              Page    2
                            ( as of  09/26/2003 )

State of Delaware v.   COURTLAND C PITTS                       DOB: 09/22/1956
State's Atty: , Esq.                    AKA: CORTLAND C PITTS
Defense Atty:                                COURTALND C ROSS

         Event
No.      Date            Event                                  Judge
-----------------------------------------------------------------------------
         09/23/2003
            DEFENDANT FOUND NOT GUILTY

                  *** END OF DOCKET LISTING AS OF  09/26/2003 ***
                        PRINTED BY: CCPCNOR
```