AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __05 - 185__

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___5___ COPIES OF AO FORM 85.

__3/25/05__  
(Date forms issued)

__Courtland C. Pitts__  
(Signature of Party or their Representative)

__Courtland C. Pitts__  
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action