To: Judge Joseph J. Farnan Jr.
From: Courtland C. Pitts
reason: status of motion to proceed in forma pauperis
date: April 26, 2005

Re: Pitts v. State of De. et al, 1:05-CV-185

RECEIVED APR 28 2005

Dear Sir:

My reason(s) for writing you is to find out what is going on with the motion to proceed in forma pauperis that i filed with the complaint filed on or about 3/25/04. I am disabled due to auto accidents and i only get $600.00 a month for disability with my bills and payment plans. i am unable to pay the filing fees or to have the complain served. Before the motion is denied i can submit proof of disability, amount receive monthly, also bank statement as to my financial situation. I would also would like to proceed with discovery before any motion to dismiss or motion for summary judgment is entertained, in the interest of justice, from the the defendants. I don't know who the defendants attorneys are so i am unable to send copy of letter to them to respond if they choose to do so. I will close and await a response at your earliest convience.

Respectfully submitted
Courtland C. Pitts

Courtland C. Pettis
401 Maryland Ave.
Apt. A-12
Wilmington, De. 19805

Judge Joseph J. Farnan Jr.
U.S. District Court
844 King Street
Wilmington, De. 19805

WILMINGTON DE
PM
28 APR
196

USA 37¢
FIRST EARLY FOR BUCKLE CHILD