OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 3, 2005

TO:  Courtland C. Pitts
     1401 Maryland Ave.
     Apt. A-12
     Wilmington, DE 19805

   *RE:  Letter Requesting Status of Case; CA 05-185 JJF*

Dear Mr. Pitts:

     This office has received a letter from you, DI #3, requesting
the status of the above mentioned civil action.  Your case is
assigned to the Honorable Joseph J. Farnan, Jr. and is currently
pending before the Court.  You will be advised by the Court as to
further developments in your case.

     Nothing contained in this letter is intended to express an
opinion as to the merits of any claims which you may be alleging.

                              Sincerely,

/btg                          PETER T. DALLEO
                              CLERK

cc: The Honorable Joseph J. Farnan, Jr.: CA 05-185 JJF
enc. Docket Sheet

To: Judge Joseph J. Farnan Jr.

From: Courtland C. Pitts

Re: status of motion to proceed in forma pauperis

Date: April 26, 2005

COPY

3

RECEIVED

APR    2005

Re: Pitts    v. State of De. el al., 1:05-CV-185

Dear Sir:

My reason(s) for writing you is to find out what is going on with the motion to proceed in forma pauperis that i filed with the complaint filed on or about 3/25/04. I am disabled due to auto accidents and i only get $600.00 a month for disability with my bills and payment plans. i am unable to pay the filing fees or to have the complain served. Before the motion is denied i can submit proof of disability, amount receive monthly, also bank statement as to my financial situation. I would also would like to proceed with discovery before any motion to dismiss or motion for summary judgment is entertained, in the interest of justice, from the the defendants. I don't know who the defendants attorneys are so i am unable to snd copy of letter to them to respond if they choose to do so. I will close and awaite a response at your earliest convience

Respectfully submitted
Courtland C. Pitts

Courtland C. Pitts
1401 Maryland Ave.
Apt. A-12
Wilmington, De. 19805

Judge Joseph J. Farnan Jr.
U.S. District Court
844 King Street
Wilmington, De. 19805