IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

COURTLAND C. PITTS,                :
                                   :
            Plaintiff,             :
                                   :
v.                                 :  Civ. Act. No. 05-185-JJF
                                   :
STATE OF DELAWARE, RUTH ANN        :
MINNER, M. JANE BRADY, RENEE       :
HRIVNOCK, DELAWARE STATE           :
POLICE, LT. COL L. AARON           :
CHAFFINCH, LT. MARK DANIELS,       :
and CPL. GREGORY SPENCE,           :
                                   :
            Defendants.            :

O R D E R

At Wilmington, this 29 day of July, 2005, for the reasons set forth in the Memorandum Opinion issued this date;

1. Plaintiff's motion to proceed in forma pauperis (D.I. 1) is **GRANTED**.

2. Plaintiff's claim against the State is **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

3. Plaintiff's claim against Hrivnock is **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

4. Plaintiff's claims against Minner, Brady, the DSP, Chaffinch and Daniels are **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

IT IS FURTHER ORDERED that:

1. The clerk of the court shall cause a copy of this Memorandum Opinion and Order to be mailed to Plaintiff.

2. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), the Plaintiff shall complete and return to the Clerk of the Court an **original** "U.S. Marshal-285" form for the Defendant **Cpl Gregory Spence**. The plaintiff **shall** also complete and return to the Clerk of the Court an **original** "U.S. Marshal-285" form for the Attorney General of the State of Delaware, 820 N. FRENCH STREET, WILMINGTON, DELAWARE, 19801, pursuant to DEL. CODE ANN. tit. 10 § 3103(c). **The plaintiff must also provide the Court with one copy of the complaint (D.I. 2), for service upon the defendant and the attorney general. Plaintiff is notified that the United States Marshal will not serve the complaint until all "U.S. Marshal 285" forms with copies of the complaint, have been received by the Clerk of the Court. Failure to so provide a "U.S. Marshal 285" form and a copy of the complaint for each defendant within 120 days of this order may result in the complaint being dismissed or defendants being dismissed pursuant to Federal Rule of Civil Procedure 4(m).**

3. Upon receipt of the form(s) required by paragraph 2 above, the United States Marshal shall forthwith serve a copy of

the complaint (D.I. 2), the Memorandum Opinion and Order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon each of the defendants so identified in each 285 form.

    4.    Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of Waiver" forms are sent, if an executed "Waiver of Service of Summons" form has not been received from a defendant, the United States Marshal shall personally serve said defendant(s) pursuant to Fed. R. Civ. P. 4(c)(2) and said defendant(s) shall be required to bear the cost related to such service, unless good cause is shown for failure to sign and return the waiver.

    5.    Pursuant to Fed. R. Civ. P. 4(d)(3), a defendant who, before being served with process timely returns a waiver as requested, is required to answer or otherwise respond to the complaint within **sixty (60) days** from the date upon which the complaint, this order, the "Notice of Lawsuit" form, and the "Return of Waiver" form are sent.  If a defendant responds by way of a motion, said motion shall be accompanied by a brief or a memorandum of points and authorities and any supporting affidavits.

    6.    No communication, including pleadings, briefs, statement

of position, etc., will be considered by the Court in this civil action unless the documents reflect proof of service upon the parties or their counsel. The clerk is instructed not to accept any such document unless accompanied by proof of service.

                                                /s/ Joseph J. Farnan, Jr.
                                       UNITED STATES DISTRICT JUDGE