In The United States District Court
For the District of Delaware

Courtland C. Pitts )
vs. plaintiff )   C.A. no # 05-185 (JJF)
 )
State of De., et al. )   trial by jury demanded
Defendants )

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 AUG 15 PM 12:47

## Demand For Trial De Novo

Comes now the plaintiff, Courtland C. Pitts, hereby demand trial de novo from Judge J. Farnan's order dated July 29th, 2005, entered in the above-captioned civil action.

_Courtland C. Pitts_
Courtland C. Pitts, pro se
1401 Maryland Ave. Apt A-12
Wilmington, De. 19805

Dated: 8/13/05

In the United States District Court
for the District of Delaware

Courtland C. Pitts,
    plaintiff
v.
State of De. et al.
    defendants

C.A. no.# 05-185 (JJF)

jury trial requested

## Certificate of Service

I, Courtland C. Pitts, hereby certify that on this 13th day of August, 2005, I mailed (2) copies of the attached Demand for Trial de novo by placing same in one of the U.S. mailbox(es) and addressed to the following:

Jane M. Brady
Dept. of Injustice
820 N. French St.
Wilmington, DE.
19801


Judge Joseph Farnan
U.S. District Court
844 King Street
Wilmington, DE. 19801