IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

COURTLAND C. PITTS,                 :
                                    :
            Plaintiff,              :
                                    :
v.                                  :   Civ. Act. No. 05-185-JJF
                                    :
CPL. GREGORY SPENCE,                :
                                    :
            Defendants.             :

## MEMORANDUM AND ORDER

Presently before the Court is a Motion To Reconsider Order

(D.I. 8) filed by Plaintiff, Courtland Pitts.  By his motion,

Plaintiff requests the Court to reconsider its Order dated July

29, 2005 (D.I. 7) dismissing as frivolous Plaintiff's claims

against the State of Delaware, Ruth Ann Minner, M. Jane Brady,

Lt. Col. Aaron Chaffinch, the Delaware State Police and Lt. Mark

Daniels.[1]  For the reasons discussed, the Court will deny

Plaintiff's motion.

The Third Circuit has noted that the purpose of a motion for

reconsideration is to "correct manifest errors of law or fact or

to present newly discovered evidence."  Max's Seafood Café by

Lou-Ann, Inc. v. Quinteros, 176 F.3d 669, 677 (3d Cir. 1999)

(citing North River Ins. Co. v. CIGNA Reinsurance Co., 52 F.3d

1194, 1218 (3d Cir. 1995)).  The purpose of the motion for

reconsideration is not to "rehash arguments already briefed."

---

[1]    The background relevant to this action is set forth
fully in the Court's July 29, 2005 Memorandum Opinion (D.I. 6).

<u>Dentsply Int'l. Inc. v. Kerr Mfg. Co.</u>, 42 F.Supp.2d 385, 419 (D. Del. 1999).  In order to succeed, Plaintiff must show that at least one of the following criteria applies: (1) a change in the controlling law; (2) availability of new evidence not available when the Court made its decision; or (3) need to correct a clear error of law or fact or to prevent manifest injustice.  As a general rule, motions for reconsideration should be granted sparingly.

Reviewing Plaintiff's motion in light of the above standard, the Court concludes that Plaintiff has failed to demonstrate that reconsideration of his claims is warranted.  Accordingly, the Court will deny Plaintiff's Motion.

NOW THEREFORE, IT IS HEREBY ORDERED this _16_ day of September 2005, that Plaintiff's Motion For Reconsideration (D.I. 8) is **DENIED**.

_____
UNITED STATES DISTRICT JUDGE