IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **COURTLAND C. PITTS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | C. A. No. 05-0185-JJF |
| | ) | |
| **CPL. GREGORY SPENCE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ANSWER

1. Admitted that the plaintiff is a Delaware resident. The defendant is unaware of the plaintiff's present address.

2. No answer required. This defendant has been dismissed from this lawsuit.

3. No answer required. This defendant has been dismissed from this lawsuit.

4. No answer required. These defendants have been dismissed from this lawsuit.

5. [Unnumbered section of Complaint entitled "Facts"]

Admitted only that the plaintiff initiated an altercation with the body shop owner, and that Cpl. Spence responded to the scene, intervened, and attempted to restore order and to determine what had happened. Further admitted that the plaintiff failed to cooperate and verbally abused Cpl. Spence as he attempted to investigate. Admitted that criminal charges were brought against the participants in the fight, including the plaintiff and the body shop owner. The defendant is without personal knowledge as to events that occurred prior to his arrival at the scene. The balance of the averment is denied as alleged, based on information developed through investigation of the incident.

6.    [1]    [Numbered paragraphs under heading "Legal Claims"] Denied.

7.    [2]    Denied as alleged. Plaintiff was properly detained and subsequently arrested, and was subject to the jurisdiction of the courts and the Department of Corrections pending trial. Plaintiff and his lawyer were afforded proper discovery, and were afforded the opportunity to lodge a complaint with Internal Affairs Unit regarding the incident at the body shop.

8.    [3]    Denied.

9.    [4]    Admitted only that Cpl. Spence was acting pursuant to his authority as a Delaware State Police officer to investigate a fight and public disturbance. To the extent this averment calls for a legal conclusion, it is improper and is therefore denied. The balance of the averment is denied.

10.   [5]    Denied.

11.   [6]    Denied.

12.   [7]    No answer required. These defendants have been dismissed from this lawsuit. To the extent that allegations are made against Cpl. Spence, they are denied.

13.   [8]    Denied.

14.   [9]    Denied.

15.   [10]   Denied.

16.   [11]   Denied.

17.   [12]   Denied.

18.   [13]   Denied.

19.   [14]   Denied.

20.   [15]   Denied.

21.   [16]   No answer required. These defendants have been dismissed from this lawsuit. To the extent that allegations are made against Cpl. Spence, they are denied.

22.   [17]   Denied.

23.   [18]   No answer required. These defendants have been dismissed from this lawsuit. To the extent that allegations are made against Cpl. Spence, they are denied.

24.   [19]   Denied.

### First Affirmative Defense

The complaint fails to state a claim against Cpl. Spence upon which relief can be granted as a matter of law.

### Second Affirmative Defense

To the extent he is sued in his official capacity, the defendant enjoys qualified immunity from any claim for monetary damages.

### Third Affirmative Defense

The Eleventh Amendment bars any claim for monetary damages against the individual defendant in his official capacity.

WHEREFORE, the defendant prays that the Court dismiss the plaintiff's action in its entirety, with prejudice, with all costs payable by the plaintiff.

/s/ Ralph K. Durstein
Ralph K. Durstein III (ID# 912)
Deputy Attorney General
Department of Justice
State of Delaware
820 N. French Street
Wilmington, DE 19801
(302)577-8510

Dated: October 26, 2005

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on October 26, 2005, he caused the attached Answer of defendant, Cpl. Gregory Spence to be delivered to the following person(s) in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Courtland C. Pitts, Pro se
1401 Maryland Ave., Apt. A-12
Wilmington, DE 19805

**MANNER OF DELIVERY:**

\_\_\_\_  One true copy by facsimile transmission to each recipient

_X_   Two true copies by first class mail, postage prepaid, to each recipient.

\_\_\_\_  Two true copies by Federal Express

\_\_\_\_  Two true copies by hand delivery to each recipient.

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

*/s/ Ralph K. Durstein III*
Ralph K. Durstein, III, I.D. No. 912
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400

Attorney for Defendant