IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COURTLAND C. PITTS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 05-0185-JJF |
| | ) |
| CPL. GREGORY SPENCE, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that counsel for defendant Cpl. Gregory Spence certifies that, on October 26, 2005, he caused two copies of *Defendant's Initial Disclosures* to be served upon Courtland C. Pitts by placing them in the United States mail, postage prepaid, to the address indicated on the attached certificate.

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

*/s/ Ralph K. Durstein III*
Ralph K. Durstein, III, I.D. No. 912
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400

Attorney for Defendant

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on October 26, 2005, he caused the attached Initial Disclosures of defendant, Cpl. Gregory Spence to be delivered to the following person(s) in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Courtland C. Pitts, Pro se
1401 Maryland Ave., Apt. A-12
Wilmington, DE 19805

**MANNER OF DELIVERY:**

\_\_\_\_  One true copy by facsimile transmission to each recipient

_X_  Two true copies by first class mail, postage prepaid, to each recipient.

\_\_\_\_  Two true copies by Federal Express

\_\_\_\_  Two true copies by hand delivery to each recipient.

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

*/s/ Ralph K. Durstein*
Ralph K. Durstein, III, I.D. No. 912
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400

Attorney for Defendant