In The United States District Court
For The District of Delaware

Courtland C. Potts )
  plaintiff )
  v. ) C.A.D. 05-0185-JJF
State of Del, et al )
  defendants )

First set of Interrogatories directed to Cpl. Gregory Spence, by the plaintiff

Pursuant to the provisions of Federal Court Civil Rule the plaintiff hereby request that the defendant respond, fully, in writing under oath to the following interrogatories.

(1) What is the first thing you did upon arrival?

(2) What was the atmosphere like?

(3) How far was plaintiff from owner and employees of Mitchums Auto Body Shop when you arrived?

(4) If defendant denies in his answer, assertion(s) made by plaintiff under Legal claim #9, when did Cpl. Spence personally take a statement from Pauline Reid or interview her? If so, when, where and how? giving location, date(s) and time.

(5) If never interviewed her, did defendant mention her as a possible witness in reports?

(6) Why did defendants supervisor have to take Pauline Reid's statement? What initiated supervisors involvement?

(7) When did def. Cpl. Spence first become aware of Pauline Reid as a possible witness? as the arresting officer when was he going to interview Pauline Reid?

⑧ Did defendant Spence try to contact her to get a statement, since she identified herself as a witness at the scene?

⑨ Did Pauline Reid try to contact def. Spence before arraignment or preliminary to give a statement?

⑩ Was there any other police at the scene? If so, what are their names?

⑪ How long after def. Spence did they arrive?

⑫ What did they do at the scene?

⑬ What was def. Spence's response to plaintiff's request for his badge no.# and supervisor's name?

⑭ What was the outcome of charges against both parties?

⑮ Was plaintiff's car searched? And if so, what was found or confiscated, if anything?

⑯ Why was plaintiff's car searched?

⑰ Why was plaintiff's car towed if nothing illegal was found therein?

⑱ Was the other participants vehicle(s) or shop searched?

⑲ Why wasn't the person or other employee of Mitchums Body Shop who told you that he tried to break up fight by chasing me with a baseball bat arrested?

⑳ Why wasn't the argument between plaintiff and def. Spence mentioned in police reports?

㉑ Did Internal Affairs talk to you about this incident? If not, did anyone question you about this incident?

Dated: 11/8/05

Courtland C. Pitts
Courtland C. Pitts pro se
1401 Maryland Ave Apt. A-12
Wilm. De. 19805  (302) 658-9826

<u>Certificate of mailing and/or delivery</u>

The undersigned certifies that on nov. 8, 05, he caused the attached, Interrogatories and Request for Production of documents, to be delivered to the following person(s) (2) copies each

Ralph K. Durstein, III
Carvel State Office Bldg.
820 N. French St. 6th flr.
Wilmington, De. 19801

Dated: 11/8/05

<u>Courtland C. Pitts</u>
Courtland C. Pitts, pro se
1401 Maryland Ave. Apt. A-12
Wilmington, De. 19805
(302) 658-9826