In The United States District
for the District of Delaware

Courtland C. Pitts,  )  C.A. No. 05-0185-JJF
  plaintiff          )
  v.                 )
State of De, et al.  )
  defendants         )

## Request for Production of Documents

Pursuant to Rule (26) of the Federal Rule Civil procedures, the plaintiff requests the defendant to produce for examination and or copying at his attorney's office Ralph K. Dunstein, Dept. of Justice, on or before (30) days from the date of receipt of this request the following

1. The affidavit of probable cause for both plaintiff and Shop owner James Mitchum.

2. The search warrant and inventory sheet of confiscated material from plaintiff's car.

3. All documents, writings, statements, audio or video recordings of witness (Pauline Reid) in your custody, control or in custody of anyone in the De. State Police Dept. including Internal Affairs.

4. A copy of plaintiff's complaint to Internal Affairs concerning this matter.

5. A copy of any and all statements or reports from the other officer on the scene.

6. All documents, including audio concerning all (911) calls made on 4/3/03, relating to this incident at Airfield Park.

(7) all documents, transcript(s), recordings, statements, audio or video in your custody or control or control of any employee of the De. State Police Troop(2), including Internal Affairs, relating to this incident in question, from witnesses.

(8) Copy of transcript or tape of the conversation between Cpl. Gregory Spence and radio dispatcher, or of the conversation between Cpl. Spence and whoever was on the other end of the line on police radio (phone) on 4/3/03, between the hours of 3:30 pm & 6:00 pm.

Dated: 11/8/05

Courtland C. Pitts
Courtland C. Pitts, pro se
1401 Maryland Ave. Apt. A-12
Wilmington, De. 19805
(302) 658-9826

<u>Certificate of mailing and/or delivery</u>

The undersigned certifies that on Nov. 8, 05, he caused the attached, Interrogatories and Request for Production of documents, to be delivered to the following person(s) (2) copies each

Ralph K. Durstein, III
Carvel State Office Bldg.
820 N. French St. 6th flr.
Wilmington, De. 19801

Dated: 11/8/05

<u>Courtland C. Pitts</u>
Courtland C. Pitts, pro se
1401 Maryland Ave. Apt. A-12
Wilmington, De. 19805
(302) 658-9826