Courtland C. Pitts
1401 Maryland Avenue, Apt. A-12
Wilmington, DE 19805
January 25, 2006



Ralph K. Durstein, III
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

Re:    Pitts v. Spence, C. A. No. 05-185 JJF

Dear Mr. Durstein:

This comes requesting that you answer the outstanding discovery requests ("First Set of Interrogatories directed to Cpl. Gregory Spence by the Plaintiff" and "Request for Production of Documents") that I have sent to you of November 08, 2005. I have made several calls to your office trying to get your cooperation to answer these discovery requests.

If I do not receive answers to the discovery requests by January 30, 2006 I will be forced to seek assistance from the court to get such answers.

Your consideration of the herein is appreciated. Thank you.


Sincerely,

Courtland C. Pitts


Cc:    Clerk, U.S. District Court of Delaware