Courtland C. Pitts
1401 Maryland Avenue, Apt. A-12
Wilmington, DE 19805
January 25, 2006



Ralph K. Durstein, III
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

Re:     Pitts v. Spence, C. A. No. 05-185 JJF

Dear Mr. Durstein:

This comes to state that I have made several calls to your office in an attempt to confer with you to develop a Proposed Pretrial Schedule for submission to the Court in accordance with the Court's Order dated, November 2, 2005. I have not received a single response from you or your office on this matter.

If I do not receive a response from you by January 30, 2006 I will assume that you do not intend to cooperate with my persistent efforts to develop a Proposed Pretrial Schedule. I will then seek assistance from the Court on this matter.

Your consideration of the herein is appreciated. Thank you.


Sincerely,

*Courtland C. Pitts*

Courtland C. Pitts


Cc:     Clerk, U.S. District Court of Delaware