Courtland C. Pitts
1401 Maryland Avenue, Apt. A-12
Wilmington, DE 19805
February 2, 2006



Scanned RG

FILED

FEB -7 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Debbie Krett
Case Manager
Chambers of Judge Joseph J. Farnan
U.S. District Court, Delaware District Court
Lockbox 27, 844 King Street
Wilmington, DE 19801

Re:   **Pitts v. Spence, C. A. No. 05-185 JJF**

Dear Ms. Krett:

This comes pursuant to our conversation yesterday and the Court's Order, dated, November 2, 2005, requesting a conference with the Court and Attorney Ralph K. Durstein, III, to discuss all the events that can adversely effect the preparation of this case for trial and a Proposed Scheduling Order.

I have made numerous attempts (i.e., Telephone calls and letter) to Mr. Durstein to arrange a meeting to discuss a proposed schedule for presentation to the court and to answer discovery requests. However, all of my attempts have been either intentionally ignored or overlooked by Mr. Durstein, nor have I received any communication from Mr. Durstein attempting to arrange such a meeting. For those reasons, I believe, it is necessary for the court to intervene via an office conference to guide us through a discussion to establish a Scheduling Order.

In keeping with the rules of service a copy of this letter is being sent to Mr. Ralph K. Durstein, III as indicated below.

Your earliest response is appreciated. If you have any questions please do not hesitate to contact me (302) 658-9826.


Sincerely,

*Courtland C. Pitts*

Courtland C. Pitts


Cc:   Ralph K, Durstein
      Clerk, U.S. District Court

Courtland C. Pitts
1904 Maryland Avenue
Apt A-12
Wilmington, DE 19805

Scanned  RG

**FILED**
FEB -7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Clerk, U.S. District Court
Lockbox 18, 844 King Street
Wilmington, DE 19801

