


# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

## CARL C. DANBERG
**Attorney General**

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**    New Castle County            Writer's Direct Dial: (302) 577-8510
                                                                    FAX: (302) 577-5866

February 14, 2006

Ms. Debbie Krett, Case Manager
Chambers of Hon. Joseph J. Farnan
United States District Court
Lockbox 27 - 844 King Street
Wilmington, DE 19801

Re: Pitts v. Spence, No. 05-185-JJF

Dear Ms. Krett:

I am responding to a recent letter from the plaintiff that appears on the Court's electronic docket. I don't believe that the letter, dated February 2 and filed on February 7, 2006, was copied to me.

I would take issue with the plaintiff's claim that he made "numerous attempts" to contact me. I did not receive any telephone calls from Mr. Pitts. I did receive a letter from him dated January 25, 2006, regarding some discovery he had served. I located the documents referred to in his letter, and, on February 9, 2006, wrote to him, indicating that a response was forthcoming. Unfortunately, in the mass of handwritten material generated by Mr. Pitts, I had overlooked his discovery requests.

I do not think that it will be necessary for the Court to deal with this routine discovery matter. In any event, I would oppose any attempt by the plaintiff to circumvent the procedure set forth in the Scheduling Order for raising such issues.

Respectfully submitted,

/s/Ralph K. Durstein III

xc: Mr. Pitts