IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COURTLAND C. PITTS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-185 JJF |
| GREGORY SPENCE, | : |
| Defendant. | : |

### ORDER SETTING RULE 16(b) CONFERENCE

WHEREAS, the Court requested the parties submit a Proposed Rule 16 Scheduling Order by November 21, 2005 (D.I. 16);

WHEREAS, to date, a proposed scheduling order has not been submitted;

WHEREAS, Plaintiff, Courtland C. Pitts, has requested a scheduling conference be set (D.I. 21);

NOW THEREFORE, IT IS HEREBY ORDERED that a Rule 16 Scheduling Conference pursuant to Fed. R. Civ. P. 16(b) will be held on **Wednesday, March 8, 2006, at 11:30 a.m.,** in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

February 13, 2006
DATE

UNITED STATES DISTRICT JUDGE