

Courtland C. Pitts
1401 Maryland Avenue, Apt. A-12
Wilmington, DE 19805
March 1, 2006

Ralph K. Durstein, III
Department of Justice
820 North French Street, 6th Floor
Wilmington, DE 19801

Re:    Pitts V. Spence, C.A. No. 05-185 JJF

Dear Mr. Durstein:

I am in receipt of your Proposed Pretrial Scheduling Order that has been sent for my review and action. I reviewed the proposal and have enclosed my Proposed Pretrial Scheduling Order for your review and action.

Also, now that you realize that you overlooked Plaintiff's discovery requests sent to you several months ago on November 08, 2005, are you going to respond to the requests anytime soon or must we seek the court's assistance. Plaintiff's initial discovery requests are not computed in the Discovery Section of the Proposed Pretrial Scheduling Order.

Your earliest response is appreciated. Plaintiff can be reached by thelephone at 302-658-9826.

Sincerely,

Courtland C. Pitts

Courtland C. Pitts

CCP/glr
ENCLOSURE
Cc:    Debbie Krett, Case Manager