IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

COURTLAND C. PITTS,                    :
                                       :
            Plaintiff,                 :
                                       :
      v.                               : Civil Action No. 05-185 JJF
                                       :
GREGORY SPENCE,                        :
                                       :
            Defendant.                 :

## O R D E R

WHEREAS, the Court held a Rule 16 Scheduling Conference on March 8, 2006;

NOW THEREFORE, IT IS HEREBY ORDERED that discovery in the above-captioned matter shall proceed as follows:

(a) Interrogatories shall be exchanged by **March 24, 2006.**

(b) Maximum of **30** interrogatories by each party to any other party.

(c) Document requests shall be exchanged by **May 19, 2006.**

(d) No depositions shall be noticed without further order of the Court.

(e) Any objections regarding interrogatories shall be made by letter and filed no later than **April 19, 2006.**

(f) Any objections regarding document requests shall be made by letter and filed no later than **June 9, 2006.**


  March 9, 2006
      DATE                          UNITED STATES DISTRICT JUDGE