IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

COURTLAND C. PITTS,     )
              )
   Plaintiff,     )
              )
Vs.          )   C. A. No.  05-0185 JJF
              )
GREGORY SPENCE,     )
              )
   Defendant.     )

**FILED**

**MAR 2 8 2006**

U.S.     COURT
DISTRICT OF DELAWARE

BD scanned

PLAINTIFF'S FIRST SET OF INTERROGATORIES TO
DEFENDANT GREGORY SPENCE

NOW COMES Plaintiff Courtland C. Pitts (hereinafter referred to as "Plaintiff"),

pursuant to the District Court Order from Judge Joseph J. Farnan, Jr., dated, March 5, 2006 and Rule 33 of

the Federal Rules of Civil Procedure, requesting Defendant Gregory Spence (hereinafter referred to as

"Defendant") to Answer the following Interrogatories:

  1.  What action did you take (in chronological order starting with action one, two,

three, etc.) upon your arrival at the scene of the incident between Plaintiff and Defendant that is the subject

of this instant lawsuit?

  2.  In detail specific what was the atmosphere of the scene upon your arrival and

after the action taken by you?

  3.  In detail specific what was the distance between Plaintiff and Defendant upon

your arrival at the scene?

  4.  If Defendant denies any part of "Legal Claim" item #9 of Plaintiff's complaint

explain in detail specific:

    a).  Pauline Reid involvement in this incident?

    b).  Was Pauline Reid interviewed about the incident?

    c).  Was a statement taken from Pauline Reid about the incident?

    d).  Who took the statement, if any?

    e).  How was the statement taken?

    f).  What is the address and telephone number of Pauline Reid?

5.    Did Defendant ever mention that Pauline Reid is an eyewitness to the incident involving Plaintiff and Defendant on April 3, 2003?

6.    Did Defendant's supervisor or the like have to take the statement or Pauline Reid. If yes, what initiated the supervisor's involvement?

7.    When did Defendant become aware of Pauline Reid as a possible witness? As the arresting officer when was Defendant going to interview Pauline Reid?

8.    Did Defendant try to contact Pauline Reid to get a statement once Pauline Reid was identified as a witness?

9.    Did Pauline Reid try to contact Defendant before arraignment or preliminary hearing to give a statement?

10.    Was there any other police at the scene of the incident involving Plaintiff and Defendant? If yes, what are their full names, rank(s), address(es) and telephone number(s)?

11.    Exactly how long did it take for any officer to arrive at the scene of the incident after the arrival of Plaintiff?

12.    In detail specific describe what each officer did at the scene of the incident?

13.    What was Defendant's response to Plaintiff's request for Defendant's badge number?

14.    In detail specific describe what were the outcome to any charges placed upon Defendant, Plaintiff or anyone else involved in the incident.

15.    Was Plaintiff's car searched? If yes, in detail specific describe the results of the search?

16.    Explain in detail specific why Plaintiff's car was searched?

17.    Was Plaintiff's car towed away? If yes, explain in detail specific exactly:

   a).    Why Plaintiff's car was towed?

   b).    What was found in Plaintiff's car?

18.    Was the vehicle or the property of Defendant or anyone else involved in the incident searched?

19.    Was Defendant told, or otherwise informed, that an employee or visitor at Defendant's Mitchem Auto Body Shop attempted to break up the fight between Plaintiff and Defendant using a baseball bat to chase Plaintiff? If yes, describe in detail specific whether that employee or visitor was arrested?

20.    Was the argument between Plaintiff and Defendant mentioned in the Police Report? If yes, explain in detail specific exactly what is said in the Police Report.

21.    Did anyone in the Internal Affairs Unit of the Police Department talk to Defendant about the incident between Plaintiff and Defendant on April 3, 2003? If explain in detail specific exactly what was said, who (full name, rank and address) said it and when it was said.

22.    What is Defendant's full name, rank, address and telephone number, including, but, not limited to employment and home addresses.

23.    What is the full name(s), address(es), title and telephone number(s) of each person that conducted the training, instruction and/or guidance of Defendant while Defendant was being trained to become a member of the Police Department.

24.    What is the full name(s), address(es), title(s) and telephone number(s) of each person that was responsible for Defendant's continued training, instruction, guidance after Defendant became a member of the Police Department.

25.    What is the full name and location of each manual, policy, regulation, rule, memo or the like used during the training of Defendant to become a member of the Police Department and the continued training, instruction and guidance of Defendant after Defendant became a member of the Police Department.

26.    What are the full name(s), title(s), address(es) and telephone number(s) of each person that wrote the manual, policy, regulation, rule, memo or any other like document mentioned at Interrogatory # 25.

27.    In detail specific what is the protocol and procedure normally followed when a person makes a 911 call to report a disturbance as described in the above captioned case, including, what is the full name of the book or manual containing the protocol and procedure, its location and the full name of the person possessing the protocol and procedure.

Dated:   March 23, 2006

Courtland C. Pitts
1401 Maryland Avenue
Apt. A-12
Wilmington, DE 19805

<u>CERTIFICATE OF SERVICE</u>

I, Courtland C. Pitts, hereby certify that a true and correct copy of "Plaintiff's First Set of

Interrogatories to Defendant Gregory Spence" have been sent to Defendant at:


Ralph K. Durstein III
Deputy Attorney General
Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801


By placing same in the United States Mail on this 23rd day of March 2006.

Courtland C. Pitts
1401 Maryland Avenue
Apt. 12
Wilmington, DE 19805

I declare under the penalty of perjury that the foregoing is true and correct to the best of my

knowledge.

Courtland C. Pitts

Court land C. Pitts
1401 Maryland Avenue
Apt. A-12
Wilmington, DE 19805

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570