IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COURTLAND C. PITTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) C. A. No. 05-0185 JJF |
| | ) |
| GREGORY SPENCE, | ) |
| | ) |
| Defendant. | ) |

FILED
MAY 23 2006
U.S. ...
DISTRICT ...
...ARE

☒) scanned

PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS
TO DEFENDANT GREGORY SPENCE

NOW COMES Plaintiff Courtland C. Pitts (hereinafter referred to as "Plaintiff"), pursuant to the District Court Order from Judge Joseph J. Farnan, Jr., dated, March 5, 2006 and Rule 34 of the Federal Rules of Civil Procedure, requesting Defendant Gregory Spence (hereinafter referred to as "Defendant") to provide Plaintiff a copy of the following documents:

1. Any and all documents relating to, involving or in anyway regarding the incident on or about April 3, 2003, involving Plaintiff, James Mitchem, Daniel Wykpisz and Defendant, including, but, not limited to police reports, investigation reports, incident reports, indictments, written statements, recorded statements, verbal statements, orders, memos and recordings of 911 telephone calls.

2. The full address, title and telephone number of every potential witness to the incident that took place on or about April 3, 2003 including, but, not limited to Plaintiff, James Mitchem, Daniel Wykpisz, Defendant and Pauline Reid.

3. Any and all evidence used to justify the arrest of Plaintiff, James Mitchem and/or Daniel Wykpisz in relation to the incident that took place on or about April 3, 2003, including, but, not limited to every affidavit of probable cause.

4. Any and all search warrants and inventory sheets of all items confiscated, or otherwise removed from Plaintiff's car by Defendant, Sgt. Hulings or anyone else in connection with or in relationship to the incident on or about April 3, 2003.

5. All statements whether written, audio or video tape that relate to, involving, or is in anyway connected to the incident on or about April 3, 2003, including, but, not limited to statements from James Mitchem, Daniel Wykpisz, Pauline Reid, Sgt. Hulings, Defendant and Plaintiff.

6. All documents explaining, stating or expressing why Pauline Reid declined to be interviewed by Defendant.

7. All ledgers, reports, sign-in sheets, and any similar documents, that will show or prove whether Pauline Reid contacted or visited Troops #2 on or about April 3, 2003, including every written and verbal recordings, registration and notes developed from such visit or contact.

Dated: May 18, 2006

*[signature]*
Courtland C. Pitts
1401 Maryland Avenue, Apt. A-12
Wilmington, DE 19805

## CERTIFICATE OF SERVICE

I, Courtland C. Pitts, hereby certify that a true and correct copy of "Plaintiff's First Request For Production of Documents to Defendant Gregory Spence" have been sent to Defendant at:

> Ralph K. Durstein III
> Deputy Attorney General
> Department of Justice
> Carvel State Office Building
> 820 N. French Street, 6th Floor
> Wilmington, DE 19801

By placing same in the United States Mail on this 18th day of May 2006.

*/s/ Courtland C. Pitts*
Courtland C. Pitts
1401 Maryland Avenue, Apt. 12
Wilmington, DE 19805

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*/s/ Courtland C. Pitts*
Courtland C. Pitts



Courtland C. Pitts
1401 Maryland Avenue Apt. 7
Wilmington, DE 19805

WILMINGTON DE 197
22 MAY 2006 PM 1 L

U.S. District Court Clerk
District of Delaware
844 King Street
Wilmington DE 19801