IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **COURTLAND C. PITTS** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) C. A. No. 05-0185-JJF |
| | ) |
| **CPL. GREGORY SPENCE,** | ) |
| | ) |
| **Defendant.** | ) |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S
### REQUEST FOR PRODUCTION

The defendant responds as follows to the plaintiff's request for production of documents, served on May 24, 2006:

1. Produced.

2. Produced.

3. Produced.

4. Produced.

5. Produced.

6. Produced.

        DEPARTMENT OF JUSTICE
        STATE OF DELAWARE

        /s/ Ralph K. Durstein III
        Ralph K. Durstein III, I.D. No. 912
        Deputy Attorney General
        Carvel State Office Building
        820 N. French Street, 6th Floor
        Wilmington, DE 19801
        (302)577-8400

Dated: June 16, 2006

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on June 16, 2006, he caused the attached Defendant's Response to Plaintiff's Request for Production to be delivered to the following person(s) in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Courtland C. Pitts, Pro se
1401 Maryland Ave., Apt. A-12
Wilmington, DE  19805

**MANNER OF DELIVERY:**

\_\_\_\_   One true copy by facsimile transmission to each recipient

  X    Two true copies by first class mail, postage prepaid, to each recipient.

\_\_\_\_   Two true copies by Federal Express

\_\_\_\_   Two true copies by hand delivery to each recipient.

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

 /s/ Ralph K. Durstein III
Ralph K. Durstein, III, I.D. No. 912
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400

Attorney for Defendant