In The United States District Court
for the District of Delaware

Courtland C. Pitts )
  plaintiff )
v. ) C.A. No. 05-0185 JFF
Gregory Spence )
  defendant )

## Motion to Compel defendant to answer interrogatories 4(E); (5); (13), (14) and (20), evasive answers

Comes now pro se plaintiff (Courtland C. Pitts) and moves this court for an order compelling defendant (Gregory Spence) to answer interrogatories 4(E), (5), (13), (14) and (20) instead of the evasive answers given, which were propounded to defendant Spence.

The undersigned certifies that the undersigned has in good faith attempted to confer with defendants attorney by making phone calls to his office which went unreturned, in unsuccessful efforts to secure the requested information without court action.

Courtland C. Pitts
Courtland C. Pitts pro se litigant
1401 Maryland Ave. Apt. A-12
Wilmington, De.
19805

Dated: 8/1/06

## Certificate of Mailing/Delivery

The undersigned states that on Aug. 2, 06, he caused (2) two copies of plaintiff's motion to Compel answer to interrogatories and motion to Compel production of Documents to be served on defendant's attorney (Ralph K. Durstein, III) at Carvel State Office Bldg, 820 N. French St, 6th flr. Wilm. De. 19801 by hand-delivering them.

_Courtland C. Pitts_
Courtland C. Pitts pro se litigant
1401 Maryland Ave. Apt. A-12
Wilmington, De.
19805

Dated: 8/2/06