In The United States District Court
for the District of Delaware

Courtland C. Pitts )
   Plaintiff )
  v. ) C.A. No. 05-0185 JFF
Gregory Spence )
   defendant )

FILED
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 AUG -2 PM 4:03

## Motion to Compel Production of Documents

Comes now pro se plaintiff (Courtland C. Pitts) and moves this court for an order compelling defendants to produce the documents requested, namely the recorded statement(s) from Pauline Reid, recordings of (911) calls made by plaintiff and James Mitchum and c/o worker Daniel Wykpisz made on April 3, 03, from hrs. 4:00pm – 6:00pm.

The full address for Pauline Reid, name of female officer at scene and her statement, report or notes, inventory sheet for plaintiff's car searched, audio/tape recordings of conversation between def. Spence and dispatcher made while at the scene on April 3, 03 between hrs of 4:00 – 6:00pm, and log in sheet at troop (2) to show Mrs Reid did try to give statement the next day April 4, 03. These documents and items contain evidence relevant to plaintiff's case.

The undersigned certifies that the undersigned has in good faith attempted to confer with def. attorney (Ralph Bernstein) by placing calls to his office, which went unreturned in unsuccessful efforts to secure the material without court action.

Dated: 8/1/06

                                   Courtland C. Pitts
                                   Courtland C. Pitts, pro se litig.
                                   1401 Maryland Ave, Apt. AD
                                   Wilm. De. 19805

<u>Certificate of Mailing/Delivery</u>

The undersigned states that on Aug. 2, 06, he caused (2) two copies of plaintiff's motion to compel answer to interrogatories and motion to compel production of documents to be served on defendant's attorney (Ralph K. Durstein, III) at Carvel state office Bldg; 820 N. French St, 6th flr. Wilm. De. 19801 by hand-delivering them.

<u>Courtland C. Pitts</u>
Courtland C. Pitts pro se litig.
1401 Maryland Ave. Apt. A-12
Wilmington, De.
19805

<u>Dated: 8/2/06</u>