TO: Clerk of Court
From: Courtland C. Pitt
Reason: Change of Address
Date: Sept. 27, 06

05-185 (JJF)

I, Courtland C. Pitts, am writing this letter to inform you of address change to the following: from Apt. A-12 to A-3

Courtland C. Pitt
1401 Maryland Ave. Apt. A-3
Wilm. De. 19805

(658-9826)

2006 SEP 27 PM 12:26
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Courtland C. Pitts