IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COURTLAND C. PITTS : | |
|     Plaintiff : | |
| : | No. 05-185-JJF |
| v. : | |
| : | |
| CPL. GREGORY SPENCE : | |
|     Defendant : | |

ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance on behalf of the Plaintiff, Courtland C. Pitts, in the above captioned action.

                        REAL WORLD LAW, PC

                        _/s/ Glenn A. Brown_

                        GLENN A. BROWN, DMD, ESQUIRE
                        ID No. 4669
                        916 #2 North Union Street
                        Wilmington, DE  19805
                        (302) 225-8340
                        Attorney for Plaintiff

Dated: December 11, 2006