IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COURTLAND C. PITTS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-185 JJF |
| GREGORY SPENCE, | : |
| Defendant. | : |

## <u>O R D E R</u>

WHEREAS, Glenn A. Brown, Esquire has entered his appearance on behalf of Plaintiff, Courtland Pitts;

NOW THEREFORE, IT IS HEREBY ORDERED that counsel shall confer and submit, by no later than **Monday, March 12, 2007**, a Proposed Rule 16 Scheduling Order, using the attached form of order as a basis for the discussions.

February 23, 2007
DATE

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE