IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **COURTLAND C. PITTS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | C. A. No. 05-0185-JJF |
| | ) | |
| **CPL. GREGORY SPENCE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF DEPOSITION

TO:   Glenn A. Brown, Esquire
      916 N. Union Street
      Wilmington, DE 19805

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Courtland C. Pitts on <u>Thursday, August 16, 2007</u> at 2:00 p.m. in the office of the undersigned located at the Carvel State Office Building, 820 N. French Street, 6th Floor, Wilmington, DE 19801. The depositions will be taken before a Notary Public or some other officer duly authorized by law to administer oaths. The deposition will be recorded stenographically.

/s/ Ralph K. Durstein III
Ralph K. Durstein III, I.D. #912
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)577-8400

Dated: August 8, 2007                           Attorney for Defendant

cc: Wilcox and Fetzer

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **COURTLAND C. PITTS** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  C. A. No. 05-0185-JJF |
| | ) |
| **CPL. GREGORY SPENCE,** | ) |
| | ) |
| **Defendant.** | ) |

### CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on August 8, 2007 he caused the attached Notice of Deposition to be filed with the Clerk of Court using CM/ECF and which will be delivered to the following person electronically:

NAME AND ADDRESS OF RECIPIENT(S):

Glenn A. Brown, Esquire
916 N. Union Street
Wilmington, DE 19805

/s/ Ralph K. Durstein III
Ralph K. Durstein III, I.D. #912
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)577-8400
Attorney for Defendant