## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **COURTLAND C. PITTS** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | )   C. A. No. 05-0185-JJF |
| | ) |
| **CPL. GREGORY SPENCE,** | ) |
| | ) |
|     **Defendant.** | ) |

### AMENDED CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on August 10, 2007 he caused the attached Notice of Deposition to be filed with the Clerk of Court using CM/ECF and which will be delivered to the following person electronically:

NAME AND ADDRESS OF RECIPIENT(S):

    Glenn A. Brown, Esquire
    916 N. Union Street
    Wilmington, DE 19805

    /s/ Ralph K. Durstein III
    Ralph K. Durstein III, I.D. #912
    Deputy Attorney General
    Carvel State Office Building
    820 N. French Street, 6th Floor
    Wilmington, DE 19801
    (302)577-8400
    Attorney for Defendant