IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COURTLAND C. PITTS | : |
|     Plaintiff | : |
| | :   No. 05-185-JJF |
| v. | : |
| | : |
| CPL. GREGORY SPENCE | : |
|     Defendant | : |

### NOTICE OF DEPOSITION

TO: Ralph K. Durstein, III, Esquire
    Deputy Attorney General
    820 North French Street
    6th Floor
    Wilmington, DE  19801

**PLEASE TAKE NOTICE** the undersigned will take the oral deposition of Pauline Reid on Thursday, August 16, 2007, at 10:00 a.m. in the office of the undersigned located at 916 North Union Street, #2, Wilmington, DE  19805.  The deposition will be taken before a Notary Public or some other officer duly authorized by law to administer oaths.  The deposition will be recorded stenographically.  You are invited to attend and participate if you so desire.

                                              /s/ Glenn A. Brown, Esquire
                                              Glenn A. Brown, DMD, Esquire
                                              Attorney ID No. 4669
                                              Real World Law, PC
                                              916 North Union Street #2
                                              Wilmington, DE  19805
                                              (302) 225-8340
                                              Attorney for Plaintiff

Dated: August 10, 2007