IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COURTLAND C. PITTS :<br>  Plaintiff :<br> :<br> v. :<br> :<br> CPL. GREGORY SPENCE :<br>  Defendant : | No. 05-185-JJF |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on August 10, 2007, he caused the attached Notice of Deposition to be filed with the Clerk of Court using CM/ECF and which will be delivered to the following person electronically:

NAME AND ADDRESS OF RECEIPIENT(S):

Ralph K. Durstein, III, Esquire
Deputy Attorney General
820 North French Street
6th Floor
Wilmington, DE  19801

                          REAL WORLD LAW, PC
                          /s/ Glenn A. Brown, Esquire
                          GLENN A. BROWN, DMD, ESQUIRE
                          Attorney ID No. 4669
                          916 North Union Street
                          #2
                          Wilmington, DE  19805
                          (302) 225-8340
                          Attorney for Plaintiff