# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **COURTLAND C. PITTS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **C. A. No. 05-0185-JJF** |
| | ) | |
| **CPL. GREGORY SPENCE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that counsel for defendant Cpl. Gregory Spence certifies that on August 13, 2007, he caused two copies of *Defendant's First Set of Interrogatories Directed to Plaintiff* and *Defendant's First Request for Production Directed to Plaintiff* to be served upon Courtland C. Pitts by placing them in the United States mail, postage prepaid, to the following address:

> Glenn A. Brown, Esq.
> 916 N. Union Street
> Wilmington, DE 19805

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

  /s/Ralph K. Durstein, III
Ralph K. Durstein, III, I.D. No. 912
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
   Attorney for Defendant