**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **COURTLAND C. PITTS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | C. A. No. 05-0185-JJF |
| | ) | |
| **CPL. GREGORY SPENCE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF DEPOSITION**

TO:  Glenn A. Brown, Esquire  
     916 N. Union Street  
     Wilmington, DE 19805

Glenn A. Brown, Esquire  
6774 Market Street  
Upper Darby, PA 19082

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of James Mitchem on <u>Friday, September 7, 2007</u> at 3:00 p.m. in the office of the undersigned located at the Carvel State Office Building, 820 N. French Street, 6th Floor, Wilmington, DE 19801. The depositions will be taken before a Notary Public or some other officer duly authorized by law to administer oaths. The deposition will be recorded stenographically.

                                                       /s/ Ralph K. Durstein III  
                                                       Ralph K. Durstein III, I.D. #912  
                                                       Deputy Attorney General  
                                                       Carvel State Office Building  
                                                       820 N. French Street, 6th Floor  
                                                       Wilmington, DE 19801  
                                                       (302)577-8400  
Dated: August 23, 2007                           Attorney for Defendant

cc: Wilcox and Fetzer

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **COURTLAND C. PITTS** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   C. A. No. 05-0185-JJF |
| | ) |
| **CPL. GREGORY SPENCE,** | ) |
| | ) |
| **Defendant.** | ) |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on August 23, 2007 he caused the attached Notice of Deposition to be filed with the Clerk of Court using CM/ECF and which will be delivered to the following person electronically:

NAME AND ADDRESSES OF RECIPIENT(S):

Glenn A. Brown, Esquire
916 N. Union Street
Wilmington, DE 19805

Glenn A. Brown, Esquire
6774 Market Street
Upper Darby, PA 19082

/s/ Ralph K. Durstein III
Ralph K. Durstein III, I.D. #912
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302)577-8400
Attorney for Defendant