## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **COURTLAND C. PITTS** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) C. A. No. 05-0185-JJF |
| | ) |
| **CPL. GREGORY SPENCE,** | ) |
| | ) |
| **Defendant.** | ) |

### NOTICE OF DEPOSITION

TO: Glenn A. Brown, Esquire         Glenn A. Brown, Esquire
916 N. Union Street                 6774 Market Street
Wilmington, DE 19805                Upper Darby, PA  19082

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Dave Wykpisz on <u>Friday, September 7, 2007</u> at 4:00 p.m. in the office of the undersigned located at the Carvel State Office Building, 820 N. French Street, 6th Floor, Wilmington, DE 19801.  The depositions will be taken before a Notary Public or some other officer duly authorized by law to administer oaths.  The deposition will be recorded stenographically.

/s/ Ralph K. Durstein III
Ralph K. Durstein III, I.D. #912
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)577-8400

Dated: August 23, 2007                Attorney for Defendant

cc: Wilcox and Fetzer

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **COURTLAND C. PITTS** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  C. A. No. 05-0185-JJF |
| | ) |
| **CPL. GREGORY SPENCE,** | ) |
| | ) |
| **Defendant.** | ) |

### CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on August 23, 2007 he caused the attached Notice of Deposition to be filed with the Clerk of Court using CM/ECF and which will be delivered to the following person electronically:

NAME AND ADDRESSES OF RECIPIENT(S):

Glenn A. Brown, Esquire  
916 N. Union Street  
Wilmington, DE 19805

Glenn A. Brown, Esquire  
6774 Market Street  
Upper Darby, PA  19082

/s/ Ralph K. Durstein III  
Ralph K. Durstein III, I.D. #912  
Deputy Attorney General  
Carvel State Office Building  
820 N. French Street, 6th Floor  
Wilmington, DE  19801  
(302)577-8400  
Attorney for Defendant