610.734.0750
610.734.1255
realworldlaw.com

RealWorld Law, PC

September 12, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court for the
District of Delaware
844 North King Street
Room 4124
Wilmington, DE 19801

           RE:    Pitts v. Spence
                   C.A. No. 05-0185-JJF

Dear Judge Farnan:

      Our office has been retained to represent the interests of the Plaintiff, Courtland Pitts, in the above referenced action. This letter serves as our request for a status conference before Your Honor. During the course of the conference, I would appreciate the opportunity to explore the possibility of the withdrawal of my appearance.

      I have spoken with opposing counsel and Mr. Durstein has indicated that he will participate in such a conference.

      Thank you for your attention to this matter. Should you have any questions or concerns, I am at Your Honor's disposal.

                                              Sincerely,
                                              REAL WORLD LAW, PC

                                              GLENN A. BROWN, DMD, ESQUIRE

GAB/mjp

cc:    Ralph Durstein, Esq.

6774 Market St
Upper Darby, PA
19082 - 2432