IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

COURTLAND C. PITTS,                    :
                                       :
          Plaintiff,                   :
                                       :
     v.                                : Civil Action No. 05-185 JJF
                                       :
GREGORY SPENCE,                        :
                                       :
          Defendant.                   :

### O R D E R

WHEREAS, the Court received a letter from Glenn A. Brown, Esquire requesting a status conference (D.I. 49);

NOW THEREFORE, IT IS HEREBY ORDERED that a Status Teleconference will be held on **Thursday, October 11, 2007 at 1:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

September 21, 2007
_____          _____
       DATE                      UNITED STATES DISTRICT JUDGE