IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **COURTLAND C. PITTS** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 05-0185-JJF |
| | ) |
| **CPL. GREGORY SPENCE,** | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR SUMMARY JUDGMENT

The defendant, Cpl. Gregory Spence of the Delaware State Police, by and through undersigned counsel, moves pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment as to all claims for relief asserted by the plaintiff in this lawsuit. In support of this application, the defendant files the accompanying Opening Brief.

                                          DEPARTMENT OF JUSTICE
                                          STATE OF DELAWARE
                                          /s/ Ralph K. Durstein III
                                          Ralph K. Durstein III (ID# 0912)
                                          Deputy Attorney General
                                          Carvel State Office Building, 6th Floor
                                          820 N. French Street
                                          Wilmington, DE 19801

Dated: September 28, 2007

**CERTIFICATE OF MAILING AND/OR DELIVERY**

The undersigned certifies that on September 28, 2007 he caused the attached Motion for Summary Judgment to be filed with the Clerk of Court using CM/ECF and which will be delivered to the following person electronically:

NAME AND ADDRESSES OF RECIPIENT(S):

Glenn A. Brown, Esquire
916 N. Union Street
Wilmington, DE 19805

        DEPARTMENT OF JUSTICE
        STATE OF DELAWARE
        /s/ Ralph K. Durstein III
        Ralph K. Durstein III (ID# 0912)
        Deputy Attorney General
        Carvel State Office Building, 6th Floor
        820 N. French Street
        Wilmington, DE 19801

        Attorney for Defendant