IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

COURTLAND C. PITTS,          )
                             )
            Plaintiff,       )
                             )    Civil Action
v.                           )    No. 05-0185-JJF
                             )
CPL. GREGORY SPENCE,         )
                             )
            Defendant        )


          Deposition of DANIEL JOHN WYKPISZ taken
pursuant to notice at the Carvel State Office Building,
820 North French Street, Wilmington, Delaware, beginning
at 2:46 p.m. on Friday, September 7, 2007, before Eleanor
J. Schwandt, Registered Merit Reporter and Notary Public.


APPEARANCES:

        GLENN A. BROWN, DMD, ESQ.
        REALWORLD LAW, P.C.
          6774 Market Street
          Upper Darby, Pennsylvania   19082
          for the Plaintiff

        RALPH K. DURSTEIN, III, ESQ.
        DEPUTY ATTORNEY GENERAL
          Carvel State Office Building
          820 North French Street
          Wilmington, Delaware   19801
          for the Defendant


                  WILCOX & FETZER
      1330 King Street - Wilmington, Delaware 19801
                   (302) 655-0477

                  www.wilfet.com



**WILCOX & FETZER LTD.**
Registered Professional Reporters



Daniel John Wykpisz

5

1          Mr. Pitts walked up.  He was, you know, he

2  was nice, he was pleasant.  He said, "I got a problem

3  with my car.  Can you take a look at it?"

4          Mr. Mitchem walked around there and looked

5  at his car.  There was a molding peeling off the door.

6          Jamie said -- Mr. Mitchem said, "We will fix

7  the problem, but we are on our way, we are in a hurry,

8  you know, you will have to come back Monday."

9          Mr. Pitts said, "You will fix it now or I'll

10  sue you."

11          Well, Mr. Mitchem had a few nasty words to

12  say to him like, you know, F you, and he started walking

13  away.  Mr. Pitts kind of punched him in the back of his

14  head, and they got into a, kind of a fight.  I went back

15  in the shop and unlocked the door and called the police.

16      Q.   You called 911?

17      A.   Yes.  They started fighting back and forth,

18  hitting each other.  There was a hole in the asphalt.

19  Mr. Mitchem tripped.  Mr. Pitts looked like he was going

20  to run up and kick him in the head, so I run out with a

21  baseball bat, chased him, you know, separated them.

22          Mr. Pitts ran down about the midway of the

23  parking lot.  I turned around and came back.  My

24  intention was to separate them.

Daniel John Wykpisz

6

1      Q.    Did you ever hit him with the bat?

2      A.    No.

3      Q.    Did you and he have any conversation or yell

4    anything that you remember?

5      A.    He yelled at me a couple, a couple words or

6    something.  I don't really remember, you know.

7              My intention, like I say, I wasn't going to

8    corner him and beat him up or anything, I just wanted to

9    separate them.

10     Q.    How long after that was it before the first

11   police officer arrived, would you say?

12     A.    Maybe ten minutes, if that.

13     Q.    Now, to back up, when you called in to 911, I'm

14   guessing you probably gave them an address of the body

15   shop?

16     A.    Yes.

17     Q.    And did they take your name?

18     A.    Yes.

19     Q.    What did you tell them about what was happening?

20     A.    I told him that the owner of the shop was

21   fighting with the past customer, they needed to get there

22   before somebody got hurt.

23     Q.    Where did the police car, first police car go

24   when it arrived?