```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF DELAWARE
```

| | |
|---|---|
| COURTLAND C. PITTS : | |
|     Plaintiff : | |
| : | No. 05-185-JJF |
| v. : | |
| : | |
| CPL. GREGORY SPENCE : | |
|     Defendant : | |

## ORDER

AND NOW, this _____ day of _____, 2007, having considered Defendant's Motion for Summary Judgment and Plaintiff's Response thereto, it is hereby ORDERED and DECREED that said Motion is DENIED.

                           BY THE COURT:

                           _____
                           JOSEPH J. FARNAN, JR., J.