Nov. 3, 2007

Judge J. Farnan
U.S. District Court
844 King Street
Wilmington, De.
19801



Re: Pitts v. Spence, C.A. No. 05-185 JJF

Dear Judge Farnan:

This letter is in regards to you allowing my attorney to withdraw from my case, without my knowledge or consent. I feel that I have been irreparably harmed by your action(s). It took me (2) yrs. to find a attorney to take the case, and after having my case for (9) months, withdraws without my knowledge. I should at the least have been present to make my feelings known to the court. The reason I accepted Real Law World firm to represent me was because it is hard for me to get to the law library, being computer illiterate, and not having funds to litigate this case by myself, plus I felt that I had a better chance of getting some justice with an attorney representing me.

The court has denied me equal protection of the law and of fundamental fairness, by your rulings. The defendant has completely lied to this court and this court accepted it as the truth, without having him to verify that his responses are truthful, especially his lies about there not being another officer on the scene, when witnesses in depositions and at criminal trial testified under oath that there was a female officer present. After I was cuffed, detained in police vehicle for at least (45) minutes because I asked for his badge # and name to report

his behavior. The defendant got in my face cursing me, telling me to shut the fuck up or he would put me in car and go talk to the other people involved, which he did and at no time asked for my side of store until about (4-5) hrs. at troop 2 and I was told I was under arrest. He doesn't mention anything of this in police report, but he states upon arrival he approached the alleged victims.

Why would this officer lie about there not being another officer present, or what took place first, upon his arrival? If he did not have something to hide? If the court would force the defendant to hand over the dispatcher's taped conversation between Spence & dispatcher on 4/3/03 date of my arrest it would show his real reason(s) for arresting me, which had nothing to do with probable cause. Contrary to what former attorney Glen Brown said in his letter or brief to this court, discovery has not being completed, defendant refuses to provide me with a copy of inventory search sheet, which was ordered by you months ago

With all these denial(s), how can one expect to get justice from this court? All the courts rulings have been in favor of the defendant taking his words as the truth, yet at the same time viewing my claims as frivolous or lies without having a evidentary hearing. I feel this court allowed the attorney to withdraw knowing that I cant litigate this case myself with the intentions to grant summary judgment to defendant, even when there are clearly disputes of material facts, which should be allowed to go before a jury. I ask this court to provide me with a copy of trial transcript and the depositions to assist me in my preparation, and this court issue a sanctions against the def. attorney for non-compliance for failure to provide the inventory search sheet. I will close a await your reply.

CC: Glen Brown,
Ralph Denstein
Civil rights ctrs, Washing D.C.
my files

Respectfully
Courtlend C. Potts, pro se
1401 Maryland Ave.
Apt. A-3
Wilm. De. 19805    658-9826

## Certificate of Mailing

I, Courtland C. Pitts, states that on Nov. 5, 07, I hand delivered (2) copies of the enclosed letter to the following person(s), while I placed in the mail to other(s) on said same date.

hand delivered
Ralph K. Durstein
Dept. of Injustice
820 N. French St.
Wilm, De. 19801
(302) 577-8510

Glen A. Brown
Real World Law
916 N. Union St
Wilm, De. 19805

Director
Civil Rights Dept.
Washington, DC
200 Constitution Ave
NW
Washington, DC
20210

Courtland C. Pitts, pro se
1401 Maryland Ave.
Apt. A-3
Wilm, De. 19805
(302) 650-9826

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 NOV -5  AM 10:56