IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COURTLAND C. PITTS, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 05-185-JJF |
| | : | |
| GREGORY SPENCE, | : | |
| | : | |
| Defendants. | : | |

### O R D E R

WHEREAS, Plaintiff's former attorney Glenn Brown, Esquire
filed a letter expressing a desire to withdraw from his
representation of Plaintiff (D.I. 49);

WHEREAS, the Court had been under the impression that Mr.
Brown communicated his intention to seek withdrawal with
Plaintiff, and that Plaintiff was aware of his attorney's
intention;

WHEREAS, upon granting Mr. Brown's request for withdrawal,
the Court reiterated to Mr. Brown his obligation to communicate
the Court's ruling to Plaintiff;

WHEREAS, Plaintiff has since notified the Court that his
attorney never communicated to him in the first instance that he
intended to seek withdrawal of his representation, and that
Plaintiff was, at all times prior to the Court's ruling on the
request, unaware that his attorney sought withdrawal (D.I. 57);

WHEREAS, the Court will refer this action to the Federal Civil Panel to explore the possibility of providing Plaintiff with a new attorney;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.    The Clerk of Court shall present this Request for Representation to the Federal Civil Panel to determine if an attorney is available to represent Plaintiff.

2.    The Standing Order of the Court regarding the establishment of the Federal Civil Panel and the provisions of said Order are incorporated herein by reference.

November 8, 2007
DATE

UNITED STATES DISTRICT JUDGE