IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

COURTLAND C. PITTS,                    :
                                       :
        Plaintiff,                     :
                                       :
    v.                                 : Civil Action No. 05-185 JJF
                                       :
GREGORY SPENCE,                        :
                                       :
        Defendant.                     :

**O R D E R**

WHEREAS, a Pretrial Conference has been scheduled for December 6,2007 in the above-captioned matter;

WHEREAS, the Court has referred this matter for representation which is now pending before the Federal Civil Panel(D.I. 58);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The Pretrial Conference scheduled for **Thursday, December 6, 2007 at 10:30 a.m.,** is **CANCELLED.**

2)  The Court will reschedule the Pretrial Conference for a date to be determined after referral of this matter has been accepted, and upon further Order of the Court.

_December 4, 2007_
        DATE

_____
UNITED STATES DISTRICT JUDGE