IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COURTLAND C. PITTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-185-JJF |
| | ) |
| GREGORY SPENCE, | ) |
| | ) |
| Defendant. | ) |

**ORDER RECOGNIZING REPRESENTATION**

The Court recognizes that John W. Shaw, Esquire, has agreed to represent the plaintiff Courtland C. Pitts, as counsel of record in the above captioned case. Counsel's representation shall remain in effect until the final determination of this case unless, prior thereto, this order is amended or revoked by further order of the Court.

DATE: January 25, 2008

_____
United States District Judge