IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COURTLAND C. PITTS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-185 JJF |
| CPL. GREGORY SPENCE, | : |
| Defendant. | : |

### ORDER

WHEREAS, on September 28, 2007, Defendant filed a Motion For Summary Judgment (D.I. 52);

WHEREAS, on October 25, 2007, briefing was completed on Defendant's Motion for Summary Judgment;

WHEREAS, the Court finds that genuine issues of material fact exist for Plaintiff's false arrest and malicious prosecution claims, such that summary judgment under Rule 56(c) of the Federal Rules of Civil Procedure is inappropriate.

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion For Summary Judgment (D.I. 52) is **DENIED**.

April 28, 2008

_/s/ Joseph J. Farnan_
UNITED STATES DISTRICT JUDGE