

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

JOSEPH R. BIDEN, III
ATTORNEY GENERAL

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499
TTY (302) 577-5783

New Castle County
Litigation Group

Writer's Direct Dial: (302) 577-8510
FAX: (302) 577-5866

June 26, 2008

Hon. Joseph J. Farnan, Jr.
United States District Court
Lock Box 27
844 North King Street
Wilmington, DE 19801

    Re:    *Pitts v. Spence*, **C.A. No. 05-185-JJF**

Your Honor:

I received the Court's Order setting a pre-trial conference in this case for Thursday, July 10, 2008. I have scheduled a brief vacation for July 9 through July 11, in order to visit colleges in the South with my youngest son. I would appreciate the Court's indulgence in rescheduling this matter to another time. I have contacted counsel for the plaintiff, and can advise that there is no objection to this request.

Respectfully submitted,

Ralph K. Durstein, III
Department of Justice
State of Delaware
820 N. French Street
Wilmington, DE 19801
(302) 577-8510

CC: Karen E. Keller, Esq.