IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COURTLAND C. PITTS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-185 JJF |
| GREGORY SPENCE, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, counsel, via electronic mail dated July 8, 2008, has notified the Court that they are unavailable on August 6, 2008 for a Pretrial Conference;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Pretrial Conference will be held on **Thursday, September 11, 2008 at 3:15 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.3 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective June 30, 2007) shall govern the pretrial conference;

2) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.

July 25, 2008  
DATE

UNITED STATES DISTRICT JUDGE