IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COURTLAND C. PITTS,<br><br>             Plaintiff,<br><br>v.<br><br>CPL. GREGORY SPENCE,<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-0185-JJF |

## PLAINTIFF COURTLAND C. PITTS'
## MOTION FOR ATTORNEYS' FEES AND EXPENSES

Plaintiff Courtland C. Pitts, hereby moves as authorized by Federal Rule of Civil Procedure 54 and 42 U.S.C. § 1988 for the attorneys' fees and expenses incurred in bringing and prevailing in this civil rights action. The grounds for this motion are set forth in Plaintiff's Opening Brief in Support of his Motion for Attorneys' Fees and Expenses filed concurrently herewith.

                                          YOUNG CONAWAY STARGATT
                                                                                                                                                                                                                                                                                                                          & TAYLOR, LLP

/s/ Karen E. Keller
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
James L. Higgins (No. 5021)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

Dated: March 27, 2009                              *Counsel for Plaintiff Courtland C. Pitts*

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on March 27, 2009, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Ralph K. Durstein, III, Esquire
>Department of Justice
>Carvel State Office Building
>820 North French Street
>Wilmington, DE  19801

I further certify that on March 27, 2009, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record.

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Karen E. Keller
>Karen E. Keller (No. 4489)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware  19801
>(302) 571-6600
>kkeller@ycst.com
>
>*Attorneys for Plaintiff Courtland C. Pitts*